IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00052 MSK-MJW

CHRIS ROBINETTE,

　　　　Plaintiff,

vs.

ASPEN SKIING COMPANY, L.L.C., a Colorado Limited Liability Company,

　　　　Defendant.

## ORDER RE: JOINT MOTION TO MODIFY SCHEDULING ORDER ( Docket No. 2-0 )

THIS MATTER comes before the Court on the parties' Joint Motion to Modify the Scheduling Order. The Court having reviewed the Joint Motion and being fully advised in the premises, orders that the Joint Motion is GRANTED. The pre-trial deadlines are hereby extended as follows:

　　　　a.　　Discovery deadline:　　　　　　　　　　December 1, 2008

　　　　b.　　Dispositive Motion deadline:　　　　　　January 2, 2009

　　　　c.　　Rebuttal expert designation deadline:　　October 20, 2008

Dated this 22nd day of September, 2008.

BY THE COURT:

_____
Michael J. Watanabe
United States District Judge